versed, and the proceedings remanded to the District Court for the Eastern District of South Carolina, with instructions to dismiss the petition.

Reversed.

## H. D. STILL'S SONS v. AMERICAN NAT. BANK OF MACON et al.

(Circuit Court of Appeals, Fourth Circuit. December 19, 1913.)

### No. 1,157.

Petition to Superintend and Revise, in Matter of Law, Proceedings of the District Court of the United States for the Eastern District of South Carolina; Henry A. Middleton Smith, Judge.

Application of the American National Bank of Macon against H. D. Still's Sons, alleged bankrupts. On petition of the latter to superintend and revise in matter of law, an adjudication against them as bankrupts. Petition dismissed, without prejudice.

S. G. Mayfield, of Denmark, S. C., and Chas. Carroll Simms, of Barnwell, S. C., for petitioners.

George S. Jones, of Macon, Ga., and William H. Fleming, of Augusta, Ga. (Jas. A. Willis and H. L. O'Bannon, both of Barnwell, S. C., W. H. Townsend, of Columbia, S. C., and James Simons and Julian Mitchell, both of Charleston, S. C., on the brief), for respondents.

Before PRITCHARD and KNAPP, Circuit Judges, and CONNOR, District Judge.

KNAPP, Circuit Judge. As the decision of this court in No. 1,175, H. D. Still's Sons v. American National Bank et al., 209 Fed. 749, will have the effect of securing to petitioners the relief sought in this proceeding, the petition herein will be dismissed without prejudice.

## BARRETT & DOUGHTY, Inc., et al. v. AMERICAN NAT. BANK OF MACON et al.

(Circuit Court of Appeals, Fourth Circuit. December 19, 1913.)

Petition to Superintend and Revise, in Matter of Law, Proceedings of the District Court of the United States for the Eastern District of South Carolina; Henry A. Middleton Smith, Judge.

In the matter of the bankruptcy proceedings against H. D. Still's Sons, alleged bankrupts. On petition by Barrett & Doughty, Inc., and others, creditors of the bankrupt, against the American National Bank of Macon and others, to superintend and revise in matters of law an adjudication against petitioners. Dismissed, without prejudice.

Alexander Akerman, of Macon, Ga., and R. J. Southall, of Augusta, Ga., for petitioners.

George S. Jones, of Macon, Ga., and William H. Fleming, of Augusta, Ga. (Jas. A. Willis and H. L. O'Bannon, both of Barnwell, S. C., W. H. Townsend, of Columbia, S. C., and James Simons and Julian Mitchell, both of Charleston, S. C., on the brief), for respondents.

Before PRITCHARD and KNAPP, Circuit Judges, and CONNOR, District Judge.

KNAPP, Circuit Judge. As the decision of this court in No. 1,175, H. D. Still's Sons v. American National Bank et al., 209 Fed. 749, will have the effect of securing to petitioners the relief sought in this proceeding, the petition herein will be dismissed without prejudice.